# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:11-CR-00249-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| | ) | |
| ALONZO JACKSON BROWN, III, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |

**GOOD CAUSE APPEARING** based on the stipulation between the parties, it is hereby ordered that the July 14, 2011 status conference be continued to September 1, 2011 at 9:00 A.M.

The reason for this continuance is that the government is preparing a discovery package containing approximately 2000 pages of discoverable documents in this fraud case and will be providing said discovery on CD(s).  Time will be necessary for defense counsel to effectively prepare by reviewing the initial discovery and analyze the contents and discuss the same with the defendant.

-1-

1    It is further Ordered that the time between July 14, 2011 and September 1, 2011, be

2  appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161 (h)(7)(B)(iv)

3
   [Local Code T-4].   The Court further finds that there is a factual basis to conclude that the ends
4
   of justice served by this continuance outweigh the best interests of the public and the defendant
5
6  in a speedy trial.

7    IT IS SO ORDERED.

8  **Date:  7/15/2011**

9

10

11

12  _____
    MORRISON C. ENGLAND, JR
13  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**ORDER**                                                    **CASE NO. 2:08-CR-0396 MCE**