**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA  95825**
**Telephone:    (916) 974-3500**
**Facsimile:     (916) 520-3497**

**Attorneys for Defendant**
**ALONZO JACKSON BROWN, III**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **Case No. 2:11-CR-0249 MCE** |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | |
| ) | |
| ) | |
| **ALONZO JACKSON BROWN, III,** ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, R. Steven Lapham, Assistant United States Attorney, and counsel for defendant Alonzo Jackson Brown, III, Donald H. Heller, Esq. that the status conference presently set for January 5, 2012, be continued to February 2, 2012, at 9:00 A.M. and thus vacating the presently set status conference. The reason for this continuance is that counsel for the government and defendant are engaged in plea negotiations with the intent to either resolve the case by plea agreement before the next scheduled court appearance and change the court appearance from a status conference to a change of plea hearing or in the alternative set a trial date.

-1-
**STIPULATION AND ORDER**                                                                **CASE NO. . 2:11-CR-0249 MCE**

1  It is further stipulated that the time between January 5, 2012, and February 2, 2012, be
2  appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161 (h)(7)(B)(iv)
3  [Local Code T-4].  It is further stipulated that there is a factual basis for this Court to conclude
4  that the ends of justice served by this continuance outweigh the best interests of the public and
5  
6  the defendant in a speedy trial.

7  IT IS SO STIPULATED.

                                      DONALD H. HELLER
                                      A Law Corporation

                                      /S/ *DONALD H. HELLER*

Dated: December 22, 2012
                                      DONALD H. HELLER, ESQ.
                                      Attorney for Defendant
                                      ALONZO JACKSON BROWN, III


Dated: December 22, 2012                   */S/ R. STEVEN LAPHAM*

                                      R. STEVEN LAPHAM
                                      Assistant U.S. Attorney
                                      Attorney for the United States

**ORDER**

**GOOD CAUSE APPEARING** based on the stipulation between the parties, it is hereby ordered that the January 5, 2012 status conference be continued to February 2, 2012 at 9:00 A.M.

The Court finds based on the stipulation that counsel for the government and defendant are engaged in plea negotiations with the intent to either resolve the case by plea agreement before the next scheduled court appearance and change the court appearance from a status conference to a change of plea hearing or in the alternative set a trial date.

It is further Ordered that the time between January 5, 2012 and February 2, 2012, be appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161 (h)(7)(B)(iv) [Local Code T-4]. The Court further finds that there is a factual basis to conclude that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE