IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:11-CR-0249 MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | ORDER |
| vs. ) | |
| ) | MODIFYING CONDITIONS OF |
| ) | RELEASE |
| ALONZO JACKSON BROWN, III, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter came on for sentencing on December 6, 2012, and during the course of the proceeding it was represented by the defendant and defense counsel that the defendant has an alcohol abuse history and problem; accordingly, this Court modified the conditions of release as follows: The Defendant shall refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and defendant shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used; and defendant shall submit to drug or alcohol testing as directed by the pretrial services officer.

-1-

**ORDER**                                                                                          **CASE NO. . 2:11-CR-0249 MCE**

1  Counsel for the defendant shall immediately submit a copy of this order to the defendant.
2  Defendant was advised in open court that any violation of this modification of conditions of
3  release shall result in his immediate remand to custody until a correctional institution is
4  designated by the Bureau of Prisons.
5
6  IT IS SO ORDERED.

Dated:  December 26, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT