UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>　　v.<br><br>ALONZO JACKSON BROWN,<br><br>　　　　Movant. | No.  2:11-cr-0249 MCE DAD P<br><br><br>ORDER |

　　　　Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Movant has not signed his motion.  Movant is hereby notified that in order for this court to review his application for relief under 28 U.S.C. § 2255, he must sign it under penalty of perjury.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed;

　　　　2.  Within thirty days of the date of service of this order, movant shall file a signed amended motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255;

　　　　3.  Any amended motion must be filed on the form employed by this court and must state all claims and prayers for relief on the form.  It must bear the case number assigned to this action and bear the title "Amended Motion"; and

4. The Clerk of the Court is directed to send petitioner the form for filing a § 2255 motion.

Dated: January 24, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow0249.sign