UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-0249 MCE DAD P |
| Respondent, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| ALONZO JACKSON BROWN, | |
| Movant. | |

On January 27, 2014, the court dismissed movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 and granted him thirty days leave to file a signed amended § 2255 motion. The thirty days have now passed, and movant has not filed an amended § 2255 motion or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, movant may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Movant is advised that failure to file objections within the specified

/////

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 11, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow0249.fta