1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No.  2:11-cr-0249 MCE DAD P

12                  Respondent,

13        v.                                       ORDER

14   ALONZO JACKSON BROWN,

15                  Movant.

16

17        On January 27, 2014, the court dismissed movant's motion to vacate, set aside, or correct

18   his sentence brought pursuant to 28 U.S.C. § 2255 and granted him thirty days leave to file a

19   signed amended § 2255 motion.  The thirty days passed, and movant had not filed an amended §

20   2255 motion or otherwise responded to the court's order.  Accordingly, on March 11, 2014, the

21   court issued findings and recommendations, recommending dismissal of this action without

22   prejudice.  Movant has since filed a motion for an extension of time.  In the interest of justice, the

23   court will vacate its findings and recommendations and grant movant an additional thirty days to

24   file a signed amended § 2255 motion.

25        Accordingly, IT IS HEREBY ORDERED that:

26        1.  The court's March 11, 2014 findings and recommendations are vacated;

27        2.  Movant's motion for an extension of time (Doc. No. 44) is granted;

28   /////

                                              1

1    3.  Within thirty days of the date of service of this order, movant shall file a signed

2    amended motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255;

3    4. Any amended motion must be filed on the form employed by this court and must state

4    all claims and prayers for relief on the form.  It must bear the case number assigned to this action

5    and bear the title "Amended Motion"; and

6    5.  The Clerk of the Court is directed to send petitioner the form for filing a § 2255

7    motion.

8    Dated:  April 15, 2014

9

10                                                    DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE
11   DAD:9
     brow0249.eot
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2