UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent,<br><br>　　v.<br><br>ALONZO JACKSON BROWN III,<br><br>　　　　　　Movant. | No. 2:11-cr-0249 MCE DB P<br><br><br><br>ORDER |

　　　　Movant Alonzo Jackson Brown III is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.[1]  Movant pled guilty to two counts of wire fraud pursuant to a plea bargain, in which the government agreed to dismiss seven other counts against him and to make certain sentencing recommendations.  One of movant's claims is that his trial counsel rendered ineffective assistance in failing to file an appeal after movant asked him to do so.  The government has filed an answer in which it concedes that if petitioner's allegations are true, he is entitled to habeas relief on this claim.  In light of the position taken by respondent in the answer, the court will appoint counsel for the limited purpose of confirming movant's intention to proceed with this action.

/////

---

[1] This motion was assigned, for statistical purposes, the following civil case number: No. 2:13-cv-2142 WBS-DB.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defender is appointed to represent petitioner for the limited purpose of confirming movant's intention to proceed with this action.

2. The Clerk of the Court is directed to serve a copy of the § 2255 motion (ECF No. 47) and this order on The Office of the Federal Defender; Attention: Habeas Appointments.

3. Movant's counsel shall advise the court within sixty (60) days of his/her appointment whether movant wishes to proceed with his claim that his attorney rendered ineffective assistance in failing to file an appeal, in light of the position taken by respondent in the answer and the possible ramifications to petitioner should he prevail on his claim of ineffective assistance of counsel.

Dated: August 4, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:8
Brown249.atty:prisoner-habeas

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28