FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ALONZO JACKSON BROWN III,<br><br>Movant. | No. 2:11-cr-0249 TLN DB P<br><br><br><br>ORDER |

  Movant is a former federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Movant argues the court improperly participated in plea negotiations, he was coerced into pleading guilty, and he received ineffective assistance of counsel.

  By order dated November 18, 2021 the undersigned granted the parties requests for an evidentiary hearing and stated that this matter would be set for a status conference after counsel was appointed or it was determined that movant does not qualify for counsel. (ECF No. 73.) Counsel for movant has made an appearance. (ECF No. 74.) Accordingly, the court will schedule a status conference to discuss general preparation for the evidentiary hearing.

  Prior to the conference, counsel for the parties shall meet and confer regarding the following: (1) the amount of time needed to prepare for the evidentiary hearing; (2) whether either party will seek to conduct additional discovery, and (3) any additional matters relevant to

1

the evidentiary hearing.  Counsel shall file a joint statement prior to the status conference reflecting their points of agreement, and any disagreement, on these matters.

Accordingly, IT IS HEREBY ORDERED as follows:

1. By January 14, 2022 the parties shall file a joint statement regarding the subjects identified above.

2. A status conference is set for January 21, 2022 at 10:00 a.m. at the United States District Court, 501 I Street, Sacramento, California, in Courtroom 27 before the undersigned[1].

Dated: December 10, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/brow0249.stat conf

---

[1] Parties shall appear at the status conference either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing).  Counsel will receive an email containing the necessary appearance information and must notify Pete Buzo, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.