FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-0249 TLN DB P |
| Respondent, | |
| v. | ORDER |
| ALONZO JACKSON BROWN III, | |
| Movant. | |

Movant is a former federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Movant argues the court improperly participated in plea negotiations, he was coerced into pleading guilty, and he received ineffective assistance of counsel. Presently before the court is the parties' stipulation to continue the status conference currently set for January 21, 2022. Good cause appearing the court will adopt the parties' stipulation.

Accordingly, IT IS HEREBY ORDERED that the January 21, 2022 status conference shall be continued until January 28, 2022 at 10:00 a.m.

Dated: January 14, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/brow0249.cont.stat.conf

1