FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ALONZO JACKSON BROWN III,<br><br>Movant. | No. 2:11-cr-0249 TLN DB P<br><br><br>ORDER |

Movant is a former federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

By order dated November 18, 2021, the undersigned granted the parties requests for an evidentiary hearing. (ECF No. 73.) The undersigned held a status conference on January 28, 2022 to discuss scheduling the evidentiary hearing. (ECF No. 79.) Douglas Beevers appeared for movant and Brian Fogerty appeared on behalf of the government. Both parties consented to appear via Zoom.

At the hearing, the parties stated they would be ready to conduct the hearing by late March 2022 and estimate that it will last approximately one day. The parties also stated that they will be seeking discovery and indicated that they would meet and confer regarding discovery to discuss submission of necessary stipulations regarding such discovery.

////

The parties both expressed a preference for conducting the evidentiary hearing in-person. The court will endeavor to accommodate the parties' preference to conduct the hearing in-person. However, as the Chief District Judge stated in General Order 611, "the need for in-court hearings and trials must be balanced against the risk stemming from the associated interpersonal contact." In light of the ever-evolving nature of the COVID-19 pandemic, the court will determine whether the hearing will take place in-person or via Zoom closer to the commencement of the hearing.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. On May 3, 2022, at 9:30 a.m. an evidentiary hearing will be held on movant's claim that Mr. Heller failed to file an appeal. The parties agree the hearing should last approximately one day.

2. The parties shall file any motions to conduct discovery no later than March 18, 2022.

3. The court will conduct a pre-hearing conference on April 15, 2022, at 10:00 a.m. At this hearing, the court will determine the manner in which the evidentiary hearing will take place. The parties should be prepared to discuss the logistics and precautions for conducting the evidentiary hearing in light of the COVID-19 pandemic. The parties shall file statements reflecting their proposals no later than April 8, 2022.

4. By March 25, 2022, the parties shall meet and confer regarding possible stipulations to exhibits and foundations to exhibits.

5. By April 1, 2022, the parties shall file any motions concerning the evidentiary hearing.

5. Responses to motions regarding the evidentiary hearing shall be filed no later than April 8, 2022, and any replies shall be filed by April 15, 2022. The court will hear any pre-hearing motions on the record before the start of the evidentiary hearing on May 3, 2022, at 9:30 a.m.

6. By April 28, 2022, the parties shall file their witness lists and exhibit lists. Movant will use numbers to mark exhibits; respondent will use letters. Also on April 28, 2022, each party

////

////

////

shall submit three tabbed courtesy copies of that party's evidentiary hearing exhibits, contained in three ring-binders, to Pete Buzo, Courtroom Deputy.

Dated: February 8, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/brow0249.ev hrg ord