FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ALONZO JACKSON BROWN III,<br><br>Movant. | No. 2:11-cr-0249 TLN DB P<br><br><br><br>ORDER |

Movant is a former federal prisoner proceeding with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Presently before the court is the parties' stipulation requesting a three-week continuance of the evidentiary hearing and associated deadlines. (ECF No. 82.) Good cause appearing, the court will adopt the parties' stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. The evidentiary hearing set for May 3, 2022, is continued to May 24, 2022, at 9:30 a.m.

2. The pre-hearing conference set for April 15, 2022, is continued to April 29, 2022, at 10:00 a.m.

3. By April 25, 2022, the parties shall meet and confer regarding possible stipulations and foundations to exhibits.

////

4. By April 18, 2022, the parties shall file any motions concerning the evidentiary hearing.

5. Responses to motions regarding the evidentiary hearing shall be filed no later than May 2, 2022, and any replies shall be filed by May 9, 2022.  The court will hear any pre-hearing motions on the record before the start of the evidentiary hearing on May 24, 2022, at 9:30 a.m.

6. By May 19, 2022, the parties shall file their witness lists and exhibit lists.  Also on May 19, 2022, each party shall submit three tabbed courtesy copies of that party's evidentiary hearing exhibits, contained in three-ring binders, to Pete Buzo, Courtroom Deputy.

Dated: April 7, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/brow0249.ev  hrg cont