FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-0249 TLN DB P |
| Respondent, | |
| v. | ORDER |
| ALONZO JACKSON BROWN III, | |
| Movant. | |

On April 29, 2022, the court held a pre-evidentiary hearing conference. (ECF No. 84.) Douglas Beevers appeared via Zoom on behalf of Movant. Brian Fogerty appeared via Zoom on behalf of the government.[1] Both parties consented to appear via Zoom.

At the hearing, the parties stated they are prepared to conduct the evidentiary hearing as scheduled on May 24, 2022. The court also heard arguments from the parties regarding the manner of appearance for the upcoming evidentiary hearing. Mr. Beevers indicated movant would object to conducting the evidentiary hearing via Zoom as well as a requirement that witnesses be masked while testifying if the hearing occurs in-person. The government stated they would prefer to conduct the hearing in-person, but that they would consult with Mr. Heller regarding his position on testifying in-person in light of his health concerns.

////

---

[1] Heiko Coppola was also present via Zoom on behalf of the government.

1

Upon consideration of the arguments made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. The parties shall meet and confer regarding the manner of appearance at the evidentiary hearing.

2. By May 6, 2022, the parties shall submit a joint statement reflecting their positions on whether they would prefer to conduct the evidentiary hearing in-person and fully masked or via Zoom. The joint statement should also include citation to any relevant legal authority supporting their position.

Dated:  April 29, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/brow0249.prehrg.brf