1
2
3
4
5
6
7
8
9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

| UNITED STATES OF AMERICA, | No.  2:11-cr-0249 TLN DB P |
|---|---|
| Respondent, | |
| v. | ORDER |
| ALONZO JACKSON BROWN III, | |
| Movant. | |

17      On April 29, 2022, the court held a pre-evidentiary hearing conference.  (ECF No. 84.)
18  Douglas Beevers appeared via Zoom on behalf of Movant.  Brian Fogerty appeared via Zoom on
19  behalf of the government.[1]  Both parties consented to appear via Zoom.

20      Following the hearing the parties were directed to meet and confer regarding the manner
21  of appearance at the upcoming evidentiary hearing.  (ECF No. 85.)  The parties were also ordered
22  to submit a joint statement reflecting their positions on the manner of appearance.

23      On May 6, 2022, the parties submitted their joint statement.  The parties' joint statement
24  indicated that they are in agreement that the hearing should take place in-person with masks.  (Id.)
25  They further specified that Mr. Heller will wear a clear mask while testifying.

26  ////
27  ////
28

[1] Heiko Coppola was also present via Zoom on behalf of the government.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The May 24, 2022, evidentiary hearing will take place in-person with all parties

3    wearing masks.

4    2.  As previously stated, by May 19, 2022, the parties shall file their witness lists and

5    exhibit lists.  The parties shall also submit three tabbed courtesy copies of that party's evidentiary

6    hearing exhibits, contained in three-ring binders, to Pete Buzo, Courtroom Deputy by May 19,

7    2022.

8    Dated:  May 10, 2022

9

10

11    DEBORAH BARNES
      UNITED STATES MAGISTRATE JUDGE

12

13

14

15    DB:12
      DB/DB Prisoner Inbox/Habeas/R/brow0249.evhrg.final ord

16

17

18

19

20

21

22

23

24

25

26

27

28