FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-0249 TLN DB P |
| Respondent, | |
| v. | ORDER |
| ALONZO JACKSON BROWN III, | |
| Movant. | |

Movant is a former federal prisoner proceeding with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Presently before the court is the parties' stipulation and proposed order continuing the evidentiary hearing. (ECF No. 93.) Good cause appearing, the court will adopt the parties' stipulation.

////
////
////
////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The evidentiary hearing is continued to August 9, 2022, at 9:30 a.m.; and

2. The parties shall file their witness lists, exhibit lists no later than August 5, 2022. The parties shall also submit three tabbed courtesy copies of that party's evidentiary hearing exhibits, contained in three-ring binders, to Pete Buzo, Courtroom Deputy on or before August 5, 2022.

Dated: June 21, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/brow0249.ev  hrg cont(3)