FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ALONZO JACKSON BROWN III,<br><br>Movant. | No. 2:11-cr-0249 TLN DB P<br><br><br><br>ORDER |

On August 9, 2022, an evidentiary hearing was held in this action on movant's claim that his attorney, Donald Heller provided ineffective assistance of counsel by failing to file an appeal. (ECF No. 99.) Douglas Beevers appeared for movant, who was also present, and Heiko Coppola appeared on behalf of the government. As stated during the hearing, the undersigned will provide the parties with an opportunity to submit additional briefing.

The briefs shall be limited to the claim that was the subject of the evidentiary hearing and any issues raised during the hearing. The parties shall not incorporate by reference prior briefing. Each brief must be complete in itself. However, the parties should not restate arguments made in prior briefs. The parties must provide citations to any references to evidence or testimony in the record or hearing transcripts. Citations should include, where appropriate, both page and line numbers. The briefs shall not be longer than 10 pages and the replies no longer than 5 pages.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall submit any additional briefs on or before September 9, 2022; and

2. Any replies shall be filed by September 23, 2022.

Dated:  August 9, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/brow0249.post.hrg.brf