FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ALONZO JACKSON BROWN III,<br><br>Movant. | No. 2:11-cr-0249 DAD DB P<br><br><br><br>ORDER |

Movant is a former federal prisoner proceeding with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Presently before the court is the parties' stipulation and proposed order for an extension of time to file objections to the court's December 27, 2022, findings and recommendations. (ECF No. 104.) Good cause appearing the court will adopt the parties' stipulation.

////
////
////
////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation (ECF No. 104) is adopted.

2. The parties shall file objections on or before February 27, 2023. Any replies to the objections shall be filed no later than March 13, 2023.

Dated: January 17, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/brow0249.eot(obj)